**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-24-00270-CV

———————————

**WILLIAM GREER, Appellant**

**V.**

**WESLEYNE WHITTAKER GREER, Appellee**

---

**On Appeal from the 505th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCV-293679**

---

### MEMORANDUM OPINION

Appellant William Greer, proceeding pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On November 26, 2024, the Clerk of this Court notified Appellant that his appellate brief was past due, and his appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to

file his brief and a motion requesting an extension to file the brief within 10 days of our notice.  Appellant did not respond.  *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f).  We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.